UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN GORDON, MELISSA KING and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>L'OREAL USA, INC.,<br><br>      Defendant. | Civil Action No. 1:12-cv-11713-WGY |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Plaintiff, Justin Gordon.

      Respectfully submitted,

      /s/ Preston W. Leonard
      Preston W. Leonard (BBO # 680991)
      Leonard Law Office, LLP
      139 Charles Street, Suite A121
      Boston, MA 02114
      Telephone: (617) 595-3640
      pleonard@theleonardlawoffice.com

      ***Counsel for Plaintiff***

Dated: September 20, 2012

## **CERTIFICATE OF SERVICE**

      I certify that the above document was filed electronically using the CM/ECF system on September 20, 2012, and thereby delivered by electronic means to all counsel of record.

      /s/ Preston W. Leonard
      Preston W. Leonard