# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUSTIN GORDON, MELISSA KING and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>L'OREAL USA, INC.,<br><br>Defendant. | Civil Action No. 1:12-cv-11713-WGY<br><br>**CLASS ACTION** |

## NOTICE OF APPEARANCE

I, Judith S. Scolnick, of Scott+Scott LLP, hereby respectfully enter my appearance as counsel for Plaintiffs Justin Gordon and Melissa King in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: October 5, 2012

Respectfully submitted,
SCOTT+SCOTT LLP

/s/ Judith S. Scolnick
JUDITH S. SCOLNICK (Bar No. 449100)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 229-6092
jscolnick@scott-scott.com

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 5, 2012.

 /s/  Judith S. Scolnick  
JUDITH S. SCOLNICK  
SCOTT+SCOTT LLP  
The Chrysler Building  
405 Lexington Avenue, 40th Floor  
New York, NY 10174  
Telephone:    (212) 223-6444  
Facsimile:    (212) 229-6092  
jscolnick@scott-scott.com