UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x

JUSTIN GORDON and MELISSA KING,                   :

              Plaintiffs,                   :

v.                                                :     Civil Action No. 12-cv-11713 (WGY)

L'ORÉAL USA, INC.,                                :

              Defendants.                  :

                                          :

                                          :

------------------------------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER
## STAYING PROCEEDINGS PENDING RULING BY MDL PANEL

      WHEREAS several cases, including the above-captioned action, are pending in

four different United States District Courts against L'Oréal USA, Inc. and other

defendants asserting closely related claims; and

      WHEREAS the plaintiffs in the first-filed action have asked the Judicial Panel on

Multidistrict Litigation (the "MDL Panel") to centralize these related cases — including

the above-captioned action — in a single forum for consolidated or coordinated pretrial

proceedings under 28 U.S.C. § 1407; and

      WHEREAS the parties in the above-captioned action stipulate that this case

should be stayed until the MDL Panel decides whether it should be part of any

centralized pretrial proceedings; and

WHEREAS the Court finds that an interim stay of proceedings would further the purposes of MDL consolidation or coordination by conserving judicial resources, preventing inconsistent pretrial rulings, and promoting the interests of justice; and

WHEREAS the Court also finds that a temporary stay would not unduly prejudice any party;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that all proceedings in the above-captioned action (including defendants' obligation to respond to the Complaint) shall be and hereby are stayed until 45 days after the MDL Panel decides whether to include this case in any centralized proceedings under 28 U.S.C. § 1407.

Dated: October 18, 2012

By: /s/ Patrick J. Sheehan
    Patrick J. Sheehan
    WHATLEY KALLAS, LLC
    60 State Street, 7th Floor
    Boston, Massachusetts 02109
    Tel: (617) 573-5118
    *Attorneys for Plaintiffs*

By: /s/ Jeffrey S. Jacobson
    Jeffrey S. Jacobson
    Jeremy Feigelson
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, New York 10022
    Tel: (212) 909-6000
    *Attorneys for Defendants*

SO ORDERED this _22__ day of _October_, 2012.

_____
WILLIAM G. YOUNG
United States District Judge

2

## CERTIFICATE OF SERVICE

I, Patrick J. Sheehan, hereby certify that on October 18, 2012, I electronically filed the foregoing Stipulation and Proposed Order Staying Proceedings Pending Rule of MDL Panel with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Patrick J. Sheehan
Patrick J. Sheehan