|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J.  07101-0419**<br>(973) 645-4555 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J.  08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

December 26, 2012

MDL, Clerk
UNITED STATES DISTRICT COURT for
the District of Massachusetts

Re:  MDL 2415– In Re: L'Oreal Wrinkle Cream Marketing and Sales Practices Litigation

Gordan et al v. L&#039;Oreal USA, Inc.

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable William J. Martini, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:    s/  Marquis Whitney
Marquis Whitney, Deputy Clerk